1  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
2  Shane G. Smith, #272630
     *shane.smith@mccormickbarstow.com*
3  Garrett R. Leatham, #333362
     *garrett.leatham@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
6
   *Attorneys for Plaintiff,*
7  *PIZZA GUYS FRANCHISES, INC.,*
   *a California corporation*
8

9

10                    **UNITED STATES DISTRICT COURT**

11       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

12

13

14  PIZZA GUYS FRANCHISES, INC., a          Case No.
    California corporation,
15                                          **COMPLAINT FOR TRADE DRESS**
              Plaintiff,                    **INFRINGEMENT**
16
         v.
17                                          **JURY TRIAL DEMANDED**
    DELISH PIZZA, CORP, a California
18  corporation, and BORYS HRYTSYUK, a
    California individual,
19
              Defendants.
20

21

22

23

24

25

26

27

28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

Plaintiff PIZZA GUYS FRANCHISES, INC. ("**Pizza Guys**") complains against Defendants DELISH PIZZA, CORP. ("**Delish**") and BORYS HRYTSYUK (collectively "**Defendants**") as follows:

## NATURE OF THE ACTION

1.      This is an action for trade dress infringement under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, and California common law arising from Delish's unauthorized use of Pizza Guys' protected trade dress in its competing pizza restaurants in California.

## PARTIES

2.      Plaintiff Pizza Guys Franchises, Inc. is and, at all times relevant, was a corporation incorporated under the laws of the State of California with a business address at 2731 Citrus Rd., Ste. A, Rancho Cordova, CA 95742-6303.

3.      Defendant Delish Pizza, Corp. is and, at all times relevant, was a corporation incorporated under the laws of the State of California with a business address at 6330 Garland Ct., Sacramento, CA 95660-4120.

4.      Defendant Borys Hrytsyuk is a California resident having an address at 6330 Garland Ct., Sacramento, CA 95660-4120.   Upon information and belief, Mr. Hrytsyuk is the Chief Executive Officer, Chief Financial Officer, and Secretary of Defendant Delish.

5.      Pizza Guys is informed and believes, and thereon alleges, that each defendant was a principal, agent, joint venturer, representative, alter ego, partner, or employee of each of the remaining defendants, and, in doing the things herein alleged, was acting as such principal, or within the course and scope of such agency and took some part in the acts and/or omissions set forth in this Complaint.

## JURISDICTION AND VENUE

### JURISDICTION

6.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 by virtue of the fact that this is a civil action for trade dress infringement under the federal Lanham Act, 15 U.S.C. § 1051 *et seq.*

7.      This Court has supplemental jurisdiction over Pizza Guys' infringement claims

1    arising under the California common law pursuant to 28 U.S.C. § 1367.

2         8.     This Court has personal jurisdiction over Defendants at least by virtue of the fact that

3    Delish incorporated under California law; Delish conducts business in Sacramento County,

4    California at multiple restaurant locations; Defendants have availed themselves of the rights and

5    benefits under California state law through their business dealings in Sacramento County,

6    California; Mr. Hrytsyuk performs his duties for Delish from a Sacramento, California address; and

7    each Defendant has engaged in substantial and continuous contacts in Sacramento County,

8    California.

9         9.     Venue is proper in this District and before this Court pursuant to 28 U.S.C. §§

10    1391(b) and 1391(c), and E.D. Cal. L.R. 120(2) at least because this is a civil action arising because

11    of Delish's acts of trade dress infringement in Sacramento County, California.

12    **FACTUAL ALLEGATIONS**

13    **A.**    **Pizza Guys' Distinctive Trade Dress**

14         10.     Beginning in the Sacramento, California area in 1986, Pizza Guys has continuously

15    operated a distinctive style of fast-casual pizza restaurants featuring pizza and Italian-style entrées

16    and side dishes for dine-in, take-out, and delivery under the trade name and mark PIZZA GUYS as

17    well as related design marks, word marks, and trade dress.

18         11.     Pizza Guys currently owns, operates, and/or franchises 100 PIZZA GUYS-branded

19    restaurants in California, Nevada, and Texas. Those locations include multiple restaurants in the

20    Greater Sacramento Area. Pizza Guys continues to expand and plans to open new PIZZA GUYS-

21    branded restaurants in additional cities and states within the United States.

22         12.     Beginning in or about 1986, Pizza Guys has furnished and decorated its restaurants

23    so that they present a distinctive appearance to customers. Customers entering Pizza Guys' typical

24    location face a tall take-out counter paneled with brown wood grain that contrasts with a solid-

25    colored wall protruding down from the ceiling above. That wall is often colored solid red. A long

26    electronic menu board mounted above displays Pizza Guys' distinctive assortment of meal options.

27    Non-alcoholic beverages in two-liter bottles are stacked at one end of the dining area and a

28    refrigerator case holding single-serve containers of the same non-alcoholic beverage products stands

2

Case No. _____

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

to the other side.

13.     Because Pizza Guys' business model is geared towards take-out and delivery orders, only a handful of tables and chairs are provided for those customers choosing to eat-in.  Instead, the take-out counter predominates the customer-facing area.

14.     In addition, in-store customers can easily see into the kitchen areas, which are partially open so that customers can see and smell Pizza Guys' dishes coming together.

15.     Since in or about 1986, counter employees who work at PIZZA GUYS-branded restaurants, or most of them, wear uniforms that exhibit the PIZZA GUYS marks and/or associated design and word marks.  Thus, upon entry to a Pizza Guys store location, customers are greeted by staff members wearing a signature black t-shirt and red, green, or black apron.

16.     This distinctive composition, furnishing, and decoration of Pizza Guys' restaurants can be found, for example, at its 3669 J. St. location in Sacramento, California:



17.     This distinctive composition, furnishing, and decoration of Pizza Guys' restaurants can also be found at its 9105 Bruceville Rd. location in Elk Grove, California:

Case No. _____
COMPLAINT FOR TRADE DRESS INFRINGEMENT

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720



18.     Customers also experience the distinctive composition, furnishing, and decoration described above at multiple other Pizza Guys locations around California and Nevada.  For example:



Laguna Woods, California



Riverside, California

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1
2
3
4
5
6
7
8



Corona, California

9
10
11
12
13
14
15
16
17
18
19



Brea, California

20
21
22
23
24
25
26
27
28



Las Vegas, Nevada

Case No. _____

COMPLAINT FOR TRADE DRESS INFRINGEMENT

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

19.     The selection and presentation of nonfunctional elements of Pizza Guys' restaurant composition are inherently distinctive of and contribute to the atmosphere in Pizza Guys' restaurant locations, and as such, form part of its protectable trade dress.

20.     In the alternative, the selection and presentation of nonfunctional elements of Pizza Guys' restaurant composition acquired secondary meaning in the minds of consumers as indicative of pizza-related cuisine available from Pizza Guys alone, and for that additional reason, form part of its protectable trade dress.

21.     Beginning in or about 1986, Pizza Guys' menu has featured a characteristic selection of curated pizzas, cheese-forward appetizers, calzone, wings, and salads.  Those meal items are accompanied by original desserts and non-alcoholic beverages displayed in refrigerated cases within Pizza Guys' restaurants.  An example taken from Pizza Guys' current online ordering menu appears below.

22.     The selection and presentation of Pizza Guys' menu items is inherently distinctive of and contributes to the atmosphere in Pizza Guys' restaurants, and as such, form part of its protectable trade dress.

23.     In the alternative, Pizza Guys' menu selection and presentation acquired secondary meaning in the minds of consumers as indicative of pizza-related cuisine available from Pizza Guys alone, and for that additional reason, form part of its protectable trade dress.

24.     Pizza Guy's e-commerce tools have evolved along with its business.  The nonfunctional content and structure of Pizza Guys' website and online ordering app are inherently distinctive and contribute to the overall "look and feel" of its commercial presentation to customers, and as such, form part of its protectable trade dress.  *Ingrid & Isabel, LLC v. Baby Be Mine, LLC*, 70 F.Supp.3d 1105, 1136-37 (N.D. Cal. 2014); *Lepton Labs, LLC v. Walker*, 55 F.Supp.3d 1230, 1239 (C.D. Cal. 2014).

25.     In the alternative, the nonfunctional content and structure of Pizza Guys' website and online ordering app acquired secondary meaning in the minds of consumers as indicative of pizza-related cuisine available from Pizza Guys alone, and for that additional reason, form part of its protectable trade dress.

Case No. _____

COMPLAINT FOR TRADE DRESS INFRINGEMENT

26.     The (a) composition, furnishing, and decoration of Pizza Guys' restaurants; (b) presentation and selection of dishes comprising Pizza Guys' menu; and (c) "look and feel" of Pizza Guys' e-commerce platforms, as described herein, collectively comprise Pizza Guys' protectable trade dress ("**Pizza Guys' Trade Dress**").

27.     Pizza Guys and/or its franchisees and licensees have continuously offered restaurant services and prepared foods under the Pizza Guys' Trade Dress in intrastate and interstate commerce since at least as early as 1986.  Over that time, Pizza Guys' Trade Dress has developed substantial goodwill appurtenant to Pizza Guys' pizza restaurants and prepared foods, and as a result, Pizza Guys owns strong common law rights in that trade dress.

28.     Pizza Guys has, since at least as early as 1986, expended considerable time, effort, and money in promoting its PIZZA GUYS brand associated with the Pizza Guys Trade Dress.  Pizza Guys uses its PIZZA GUYS and related design and word marks on interior and exterior signage at its restaurants, on its menus, meal packaging, advertising, promotional and publicity materials, on its website *www.pizzaguys.com*, and on its Facebook, Instagram, and Yelp social media platforms.

29.     Due to the widespread availability of PIZZA GUYS-branded restaurants in California and Nevada, the quality of Pizza Guys' restaurants and prepared foods, and Pizza Guys' widespread and comprehensive advertising and publicity campaigns, the Pizza Guys Trade Dress has gained substantial fame among consumers of fast-casual pizza and Italian-themed cuisine.  As a result, the Pizza Guys Trade Dress is easily recognized, well-known, and famous in California, Nevada, and other places within the United States.  The Pizza Guys Trade Dress thus represents substantial goodwill and holds considerable value for Pizza Guys, and is a key factor in the ongoing success of Pizza Guys' fast-casual restaurant and franchise business.

**B.     Delish's Infringing Uses Of The Pizza Guys' Trade Dress Are Likely To Cause Consumer Confusion**

30.     Upon information and belief, Delish began operations in January 2020.  Today Delish owns, operates, and/or franchises multiple fast-casual restaurants in the Greater Sacramento Area under the name DELISH PIZZA that feature pizza and Italian-style entrees and side dishes for dine-in, take-out, and delivery.  Those restaurant locations are:

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

| Delish Pizza Restaurant Location | Nearest Pizza Guys Restaurant Location |
|---|---|
| 2200 16 St., Sacramento, CA 95618-1511 | 2.7 miles |
| 8391 Folsom Blvd., Sacramento, CA 95826-3538 | 0.1 miles |
| 2121 Natomas Crossing Dr., Sacramento, CA 95834-3847 | 2.0 miles |
| 8180 Sheldon Rd., Elk Grove, CA 95758-5963 | 1.5 miles |
| 2246 Sunrise Blvd., Gold River, CA 95670-4367 | 0.9 miles |
| 8128 Auburn Blvd., Citrus Heights, CA 95610-1436 | 2.8 miles |
| 229 Clark Ave., Suite J, Yuba City, CA 95991-5363 | 0.9 miles |
| 933 Pleasant Grove Blvd., Suite 130, Roseville, CA 95678-6142 | 1.8 miles |
| 92 W. Court St., Woodland, CA 95695-3012 | 3.5 miles |

31.     Upon information and belief, 22 Pizza Guys restaurants fall within the approximately 12-mile radius bounded by these Delish restaurant locations.

32.     Delish has furnished and decorated its Greater Sacramento Area restaurants in a way that is confusingly similar to Pizza Guys' Trade Dress.  Like Pizza Guys, the restaurants of Delish and its franchisees welcome customers with a tall wood-paneled counter that predominates the room lying ahead, with an electronic menu board mounted above to display Delish's copycat meal items. A solid-colored wall, often colored red, bands along the top of the customer-facing area.  A handful of tables and chairs line exterior windows.  Non-alcoholic beverages are stacked to one side while a refrigerator case bearing single-serve non-alcoholic beverage products lies to the other side.

33.     Like Pizza Guys, Delish's business model is geared towards take-out and delivery orders.  Thus, only a handful of tables and chairs in Delish restaurants are provided for those customers choosing to eat-in.  Instead, the take-out counter predominates the customer-facing area.

34.     In addition, customers entering a Delish restaurant can easily see into the kitchen areas, which are partially open so that customers can see and smell Pizza Guys' dishes coming together.

35.     Upon entry to a Delish store location, customers are greeted by staff members

McCormick, Barstow, Sheppard, Wayte & Carruth LLP

7647 NORTH FRESNO STREET
FRESNO, CA 93720

COMPLAINT FOR TRADE DRESS INFRINGEMENT

Case No. _____

wearing a black or red T-shirts and black apron.

36.     The infringing composition, furnishing, and decoration of Delish's restaurants can be found, for example, at its 2200 16 St. location in Sacramento, California:





37.     At all times relevant, Delish has copied virtually all of Pizza Guys' menu items and

9

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

passed those meal items off as its own so that those menu items are confusingly similar with those menu items comprised within Pizza Guys' Trade Dress. Such copying shows in the near identical selection and organization of items on Delish's menu both in-store and online. Such copying presents a confusingly similar replica of Pizza Guys' menu intended to capitalize on the consumer recognition and goodwill developed by Pizza Guys over decades in business.

38. The following comparison of the online ordering menus for Pizza Guys and Delish demonstrates the extent of Delish's copying of Pizza Guys' protectable trade dress:

| **Pizza Guys Menu Item & Description** | **Delish Menu Item & Description** |
|---|---|
| **Appetizers** ||
| **Cheezee Garlic Bread** <br> Signature white garlic sauce, 100% whole milk mozzarella, served with your favorite dipping sauce. | **Garlic Bread** <br> Ranch, Red Sauce |
| **Cheezee Bacon Bread** <br> Signature white garlic sauce, 100% whole milk mozzarella, applewood smoked bacon, served with your favorite dipping sauce. | **Bacon Bread** <br> Ranch, Red Sauce |
| **Cheezee Pesto Bread** <br> Creamy Pesto sauce, 100% whole milk mozzarella, served with your favorite dipping sauce. | **Creamy Pesto Bread** <br> Ranch, Red Sauce |
| **Cheezee Jalapeño Bread** <br> Signature white garlic sauce, 100% whole milk mozzarella, cheddar cheese, and sliced jalapeños served with your favorite dipping sauce. | **Jalapeno Bread** <br> Ranch, Red Sauce |
| **Muncheez** <br> Crunchy Potato Poppers stuffed with cheddar and bits of Jalapeno. (10 pieces) Served with your favorite dipping sauce. | **Jalapeno Poppers** <br> $6.95 |
| **Pizza** ||

McCormick, Barstow, Sheppard, Wayte & Carruth LLP <br> 7647 NORTH FRESNO STREET <br> FRESNO, CA 93720

Case No. _____

COMPLAINT FOR TRADE DRESS INFRINGEMENT

| **Pizza Guys Menu Item & Description** | **Delish Menu Item & Description** |
|---|---|
| **Create Your Own Pizza** <br> Create your own pizza with Pizza Guys' quality ingredients, Signature sauces, and various crust options. | **Create Your Own** <br> Choose your Sauce, Cheese and Toppings |
| **Pizza Guys Combo** <br> Signature red tomato sauce, 100% whole milk mozzarella, Italian dry salami, pepperoni, ground beef, Italian sausage, fresh mushrooms, sliced green bell peppers, sliced yellow onions, and black olives. | **Supreme** <br> Tomato Sauce, 100% Real Mozzarella Cheese, Salami, Pepperoni, Fresh Mushrooms, Fresh Green Peppers, Yellow Onions, Black Olives, Beef and Italian Sausage |
| **Classic Vegetarian** <br> Signature red tomato sauce, 100% whole milk mozzarella, fresh mushrooms, sliced red onions, sliced green bell peppers, black olives, Parmesan cheese, salt, pepper and topped with fresh diced tomatoes. | **Epic Veggie** <br> Red Tomato Sauce, 100% Real Mozzarella Cheese, Fresh Mushrooms, Red Onions, Fresh Green Peppers, Sprinkle of Parmesan Cheese, Black Olives, Fresh Diced Tomatoes and Salt & Pepper. |
| **California Garlic Chicken** <br> Signature white garlic sauce, 100% whole milk mozzarella, all-natural grilled chicken, sliced red onions, topped with chopped green onions and cheddar cheese. | **Garlic Chicken** <br> Creamy White Garlic Sauce, 100% Real Mozzarella Cheese, Diced Chicken Meat, Red Onions, Fresh Cut Green Onions and 100% Real Cheddar Cheese. |
| **Garlic Lovers** <br> Signature white garlic sauce, 100% whole milk mozzarella, grated Parmesan, pepperoni, Italian sausage, fresh mushrooms, fresh chopped garlic, topped with cheddar cheese, chopped green onions, and fresh… | **Garlic Supreme** <br> Creamy White Garlic Sauce, 100% Real Mozzarella Cheese, Pepperoni, Fresh Mushrooms, Italian Sausage, Fresh Cut Green Onions, Fresh Diced Tomatoes, 100% Real Cheddar and Parmesan Cheese. |
| **Beef Taco Pizza** <br> Taco Sauce, 100% whole milk mozzarella, ground beef, topped with fresh chopped iceberg lettuce, black olives, chopped green onions, fresh diced tomatoes, cheddar cheese, and jalapeños. | **Taco Pizza** <br> Taco Sauce, 100% Real Mozzarella Cheese, Seasoned Ground Beef, Fresh Chopped Lettuce, Fresh Cut Green Onions, Black Olives, Fresh Diced Tomatoes and 100% Real Cheddar Cheese, (Jalapeno is Optional) |

11

Case No. _____

COMPLAINT FOR TRADE DRESS INFRINGEMENT

McCormick, Barstow, Sheppard, Wayte & Carruth LLP <br> 7647 NORTH FRESNO STREET <br> FRESNO, CA 93720

| Pizza Guys Menu Item & Description | Delish Menu Item & Description |
|---|---|
| **Artichoke Fiesta**<br>Signature white garlic sauce, 100% whole milk mozzarella, marinated artichoke hearts, fresh mushrooms, sliced red onions, black olives, topped with cheddar cheese, chopped green onions, and fresh diced... | **Gourmet Artichoke**<br>Creamy white garlic sauce, 100% real mozzarella cheese, fresh mushrooms, red onions, black olives, sprinkle of Parmesan cheese, artichoke hearts, fresh-cut green onions, fresh diced tomatoes and 100% real cheddar cheese. |
| **Five Cheese Stuffed Crust**<br>Signature Red Tomato Sauce on our Signature Stuffed Crust, topped with 100% whole milk Mozzarella, Cheddar, Parmesan, Asiago, and Romano cheeses. | **Four Cheese**<br>Original Crust, creamy white garlic sauce, 100% real mozzarella cheese, Parmesan cheese, Ovoline, Feta Cheese |
| **Bacon Chicken Supreme**<br>Signature white garlic sauce, 100% whole milk mozzarella, all-natural grilled chicken, applewood-smoked bacon, sliced red onions, topped with cheddar cheese and fresh diced tomatoes. | **Bacon Chicken**<br>Creamy white garlic sauce, 100% real mozzarella cheese, sliced red onions, diced chicken breast, real bacon, fresh diced tomatoes, and 100% real cheddar cheese. |
| **Serrano Chili Pizza**<br>100% whole milk mozzarella, Canadian-style bacon, applewood smoked bacon, sliced red onions, juicy pineapple chunks, Kogi™ Serrano Chili sauce drizzle, and topped with fresh chopped cilantro. | **Maui Pizza**<br>Spicy Red, Mozzarella Cheese, Canadian Bacon , Red Onion , Pineapple, Bacon Bits, Fresh Tomato, Green Onion |
| **Hawaiian Delight**<br>Signature red tomato sauce, 100% whole milk mozzarella, Canadian-style bacon, juicy pineapple chunks, and topped with extra 100% whole milk mozzarella. | **Hawaiian**<br>Red tomato sauce, Canadian style bacon, juicy chunks of pineapple, loaded with 100% real mozzarella cheese. |
| **All Meat**<br>Signature red tomato sauce, 100% whole milk mozzarella, pepperoni, Italian dry salami, Canadian-style bacon, applewood-smoked bacon, and Italian sausage. | **Meat Lovers**<br>Red tomato sauce, 100% real mozzarella cheese, Canadian style bacon, pepperoni, salami, real bacon bits, and Italian sausage. |

Case No. _____
COMPLAINT FOR TRADE DRESS INFRINGEMENT

McCormick, Barstow, Sheppard, Wayte & Carruth LLP<br>7647 NORTH FRESNO STREET<br>FRESNO, CA 93720

| Pizza Guys Menu Item & Description | Delish Menu Item & Description |
|---|---|
| **Texas BBQ**<br>100% whole milk mozzarella, all-natural grilled chicken, applewood-smoked bacon, sliced red onions, and drizzled with Cattlemens® hot & spicy BBQ sauce. | **BBQ Chicken Supreme**<br>100% real mozzarella cheese, diced chicken breast, sliced red onion, real bacon spicy BBQ sauce. |
| **Crunchy Club**<br>Tuscany Thin Crust, Signature white garlic sauce, 100% whole milk mozzarella, Canadian-style bacon, applewood smoked bacon, topped with cheddar cheese, chopped green onions, and fresh diced tomatoes. | **Chefs Favorite**<br>Creamy White Garlic Sauce, Mozzarella Cheese, Canadian Bacon, Mushrooms, Cooked Tomatoes, Crispy Bacon, Cheddar Cheese and Green Onions |
| **Buffalo Chicken**<br>Signature white garlic sauce on our Original Crust, Frank's RedHot® Buffalo sauce, 100% whole milk mozzarella, cheddar cheese, all-natural grilled chicken, sliced red onions, and topped with fresh cilantro and... | **Buffalo Chicken**<br>Garlic Sauce, Grilled Chicken, Buffalo Sauce, Mozzarella Cheese, Red Onion , Cheddar Cheese Cooked |
| **Pepperoni Trio Stuffed Crust**<br>Signature Red Tomato Sauce on our Signature Stuffed Crust, topped with 100% whole milk mozzarella, pepperoni, cup and crisp pepperoni, and diced pepperoni. | **Pepperoni Trio**<br>Red Sauce, Mozzarella Cheese and 3 Exquisite Pepperonis each with it's own flavor profile that will surely satisfy the buds. |
| **Entrees** ||
| **Calzone**<br>Our Original Crust, filled with our Signature red tomato sauce, 100% whole milk mozzarella, and your choice of 2 toppings. | **Calzone** |
| **12PCs Wings**<br>Enjoy our classic wings sauced and tossed with your choice of any flavor. (1 dipping sauce included) | **Traditional Wings** |
| **12 Boneless Wings**<br>Enjoy our crispy boneless wings served with your choice of 1 dipping sauce. | **Boneless Wings** |

13

Case No. _____

COMPLAINT FOR TRADE DRESS INFRINGEMENT

McCormick, Barstow, Sheppard, Wayte & Carruth LLP<br>7647 NORTH FRESNO STREET<br>FRESNO, CA 93720

| Pizza Guys Menu Item & Description | Delish Menu Item & Description |
|---|---|
| **Penne Cheese Marinara Pasta**<br>Penne rigate, Signature red tomato sauce,100% whole milk mozzarella, topped with basil seasoning, and served with a personal garlic bread. | **Marinara Cheese**<br>Mozzarella, Italian Spices, Red Sauce<br>$8.95 |
| **Penne Sausage Marinara Pasta**<br>Penne rigate, Signature red tomato sauce,100% whole milk mozzarella, Italian Sausage, topped with basil seasoning, and served with a personal garlic bread. | **Marinara & Meatball Pasta**<br>Mozzarella, Red Sauce, Italian Spices, Meatball |
| **Penne Pollo Rustico Pasta**<br>Penne rigate, Signature white garlic sauce, 100% whole milk mozzarella, all-natural grilled chicken, applewood-smoked bacon, diced tomatoes, chopped green onions, topped with basil seasoning, and served with a... | **Chicken Alfredo Pasta**<br>Alfredo Sauce, Bacon, Green Onions, Tomatoes, Mozzarella, Grilled Chicken |
| **Creamy Pesto Chicken Pasta**<br>Penne rigate, creamy pesto sauce, 100% whole milk mozzarella, all-natural grilled chicken, fresh mushrooms, and black olives, served with a personal garlic bread. | **Creamy Pesto Pasta**<br>Creamy Pesto, Mushroom, Kalamata Olives, Mozzarella, Grilled Chicken, Italian Spices |
| **Salads** | |
| **Garden Salad**<br>Iceberg Lettuce, green bell peppers, sliced red onions, black olives, fresh sliced tomatoes, 100% whole milk mozzarella, cheddar cheese, and your choice of dressing. | **Garden Salad**<br>Mixed Greens, Grape Tomatoes, Red Onions, Green Pepper, Black Olives, Mozzarella, Cheddar Cheese, Side of Croutons and Side of Dressing |
| **Antipasto Salad**<br>Fresh chopped iceberg lettuce, green bell peppers, sliced red onions, black olives, Canadian-style bacon, Italian salami, fresh sliced tomatoes, 100% whole milk mozzarella, cheddar cheese, and your choice of... | **Antipasto Salad**<br>Mixed Greens, Green Bell Peppers, Red Onions, Black Olives, Canadian Bacon, Italian Dry Salami, Cherry Tomatoes, Mozzarella Cheese, Cheddar Cheese, Side of Croutons and Side of Dressing |
| **Crispy Chicken Salad**<br>Iceberg lettuce, crispy chicken tenders, green bell peppers, sliced red onions, black olives, fresh sliced tomatoes, 100% whole milk mozzarella, and cheddar cheese | **Crispy Chicken Salad**<br>Mixed Greens, Red Onions, Cherry Tomatoes, Mozzarella Cheese, Cheddar Cheese, Crispy Chicken, Side of Croutons and Side of Dressing |

14

Case No. _____

COMPLAINT FOR TRADE DRESS INFRINGEMENT

McCormick, Barstow, Sheppard, Wayte & Carruth LLP<br>7647 North Fresno Street<br>Fresno, CA 93720

| Pizza Guys Menu Item & Description | Delish Menu Item & Description |
|---|---|
| **Buffalo Chicken Salad** Iceberg lettuce, buffalo chicken, bell peppers, red onions, black olives, fresh Roma tomatoes... **$8.99** | **Buffalo Chicken Salad** Mixed Greens, Red Onions, Cherry Tomato, Buffalo Chicken, Mozzarella Cheese, Cheddar Cheese, Side of Croutons and Side of Dressing |
| **Chicken Bacon Ranch Salad** Iceberg lettuce, applewood-smoked bacon, all-natural grilled chicken, green bell peppers, sliced red onions, black olives, fresh sliced tomatoes, 100% whole milk mozzarella, cheddar cheese, and ranch or your choice... | **Bacon Chicken Salad** Mixed Greens, Red Onions, Cherry Tomatoes, Mozzarella Cheese, Cheddar Cheese, Side of Croutons and Side of Dressing |

### Desserts

| | |
|---|---|
| **Big 'n Chewy Chocolate Chip Cookie** A decadent 8-inch, soft and chewy chocolate chip cookie made with semi-sweet chocolate chips. | **Chocolate Chip Pizza Cookie** $6.95 |
| **Original Cheesecake** Original Cheesecake | **Cheese Cake** $2.95 |
| **Cinna-Twist** 16 Pieces of baked pastry dough, coated in cinnamon sugar and served with creamy vanilla icing. | **Cinnamon Bites** $6.95 |

### Pepsi Beverages

| | |
|---|---|
| **2-Liter Soda** 2-Liter Soda | **2-Liter** $3.05 |
| **20oz Aquafina Purified Water** Aquafina purified drinking water | **Water Bottle** $1.85 |

### Accompaniments

COMPLAINT FOR TRADE DRESS INFRINGEMENT

Case No. _____

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

| Pizza Guys Menu Item & Description | Delish Menu Item & Description |
|---|---|
| **Side Signature Ranch**<br>Our signature ranch is perfect when paired with almost anything. | |
| **Side Signature Marinara Sauce**<br>Pizza Guys Signature Marinara sauce made from vine-ripe tomatoes and a secret blend of herbs and spices. | |
| **Side Creamy Pesto Sauce**<br>Our signature blend of basil, pine nuts, garlic and olive oil mixed with our Signature white garlic sauce. | |
| **Side Sweet BBQ Sauce**<br>Cattlemen's® Memphis Sweet BBQ sauce. | |
| **Side Spicy BBQ Sauce**<br>Cattlemen's® Louisiana Hot & Spicy BBQ sauce. | **Dips**<br><br>Ranch, Red Sauce, Pesto Sauce, BBQ Sauce, Spicy BBQ Sauce, Buffalo Sauce, Spicy Buffalo Sauce, Mango Habanero, Tabasco, Sriracha |
| **Side Buffalo Sauce**<br>Frank's RedHot® Buffalo sauce | |
| **Side Flamin' Hot Buffalo Sauce**<br>Side Flamin' Hot Buffalo Sauce | |
| **Side Mango Habanero Sauce**<br>Side Mango Habanero Sauce | |
| **Side Cholula Sauce**<br>Side Cholula Sauce | |
| **Side Kogi Sauce**<br>Side Kogi Sauce | |
| **Paper Plates**<br>Paper Plates | |
| **Napkins**<br>Napkins | **Supplies & Utensils**<br><br>Plates, Cups, Napkins, Parmesan Cheese, Crushed Red Peppers, Forks, Knifes |
| **Parmesan Cheese Packets**<br>Parmesan Cheese Packets | |
| **Crushed Red Pepper Packets**<br>Crushed Red Pepper Packets | |

39.     The décor and design of Delish's restaurants, coupled with its copied menu, offers

16

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

1    customers a confusingly similar restaurant presentation that infringes Pizza Guys' Trade Dress.

2    Delish then markets those restaurants to pizza-going consumers and potential franchisees to Pizza

3    Guys' detriment.

4        40.    Upon information and belief, former Pizza Guys employee Viktor Masevich played

5    a role in copying Pizza Guys' proprietary menu after he started working with Delish.    His

6    misappropriation enabled Delish to launch a commercially viable menu without the trial and error

7    (and cost) inherent in building customer loyalty one order at a time.

8        41.    In addition, Delish modeled the "look and feel" of its website off of the nonfunctional

9    content and structure of Pizza Guys' website.  For example, the header of *pizzaguys.com* displays

10   five internal web links in between a PIZZA GUYS trademark to the left and an online ordering

11   button to the right:



14   The header of *delishpizza.com* displays the same arrangement of user tools:



16       42.    The "Locations" page of either website also presents the same arrangement of

17   elements:



25       43.    Delish's copying of Pizza Guys' website was intentional, confirming the inference

26   that Pizza Guys' online trade dress is distinctive in the minds of consumers and so protectable.

27   *Ingrid & Isabel*, 70 F.Supp.3d at 1137 (citing *Fuddruckers*, 826 F.2d at 844; *Transgo, Inc. v. Ajac*

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

*Transmission Parts Corp.*, 768 F.2d 1001, 1014–16 (9th Cir. 1985)). Until recently, the footer of *delishpizza.com* acknowledged that its contents had been stolen from *pizzaguys.com*, as shown by the following vestige from Pizza Guys' home page copied verbatim to the footer of Delish's home page:



44.     Delish's use of the confusingly similar trade dress associated with its restaurant and online platforms (such as *www.delishpizza.com*) is likely to confuse consumers as to the source, sponsorship, or affiliation of its restaurant services and food items in view of Pizza Guys' strong and famous trade dress that is inherently distinctive and/or has acquired distinctiveness, as described herein.

45.     Delish's activities described above occurred and occur without Pizza Guys' permission or consent.

46.     Delish's activities are willful as shown by its blatant and ongoing infringement of Pizza Guys' Trade Dress despite (i) being aware of Pizza Guys' protectable rights and the continuous operation of Pizza Guys' restaurants, including Pizza Guys' now-22 restaurant locations in the Greater Sacramento Area falling within a 12-mile radius of Delish's restaurants, and all but one Delish restaurant falling less than three miles from the nearest Pizza Guys location; (ii) Delish's

decision to ignore a detailed cease and desist letter provided to Delish's trademark counsel on or about March 3, 2025; and (iii) the parties' ensuing meet and confer thereafter all demonstrate Delish's knowledge of Pizza Guys' protectable rights prior to the filing of this Complaint, among other things.

47.    Delish's activities described above have directly and proximately caused, and unless enjoined will continue to cause, irreparable harm to both Pizza Guys, its franchisees, and its customers, who have an interest in searching for pizza and Italian-style entrees and side dishes for dine-in, take-out, and delivery without confusion, mistake, and deception.

48.    Pizza Guys has no adequate remedy at law and will be irreparably harmed if Delish is permitted to continue to use Pizza Guys' Trade Dress, as described herein, in the United States in connection with its products and services.

49.    With respect to Delish's past infringement of Pizza Guys' Trade Dress, Pizza Guys may recover three times its damages plus its attorneys' fees and costs in this lawsuit on account of Delish's deliberate copying, in an amount according to proof at trial. *See* 15 U.S.C. § 1117(a).

## FIRST CAUSE OF ACTION

### (Trade Dress Infringement Under 15 U.S.C. § 1125)

### (Against All Defendants)

50.    For its first cause of action, Pizza Guys incorporates by reference, as through fully stated herein, paragraphs 1-49 above.

51.    Pizza Guys' Trade Dress, as described herein, is inherently distinctive and/or has acquired distinctiveness.

52.    Moreover, Pizza Guys' Trade Dress is not functional.

53.    Pizza Guys owns protectable common law rights in the Pizza Guys' Trade Dress described herein, after having invested significant effort and funds continuously over a period of years in the marketing and promoting of its restaurant services and food items in the United States under, in part, the Pizza Guys' Trade Dress.

54.    By misappropriating, using, and copying the Pizza Guys' Trade Dress as described herein, Defendants, collectively and individually, misrepresent and falsely describe to consumers

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

COMPLAINT FOR TRADE DRESS INFRINGEMENT

Case No. _____

1   the origin, sponsorship, or approval of their goods and services.

2      55.   Defendant Delish's use of its infringing trade dress, as described herein, in

3   connection with the sale, advertising, offering for sale, marketing, and franchising its pizza

4   restaurants and associated food items in the United States is likely to cause confusion among

5   consumers as to the source, origin, sponsorship, and/or affiliation of Delish's goods and services,

6   on the one hand, and Pizza Guys' goods and services on the other hand, in violation of the Lanham

7   Act, 15 U.S.C. § 1125(a).

8      56.   Upon information and belief, as the Chief Executive Officer of the closely held

9   corporation Delish Pizza, Corp., Defendant Mr. Hrytsyuk authorized and/or directed, and so is

10  personally liable for, his company's infringements of Pizza Guys' Trade Dress as described herein.

11     57.   As a direct and proximate result of the foregoing acts by Delish, Pizza Guys has

12  suffered and will continue to suffer monetary damages in an amount that will be established at trial.

13     58.   Upon information and belief, Delish's acts were in conscious and willful disregard

14  of Pizza Guys' rights, and the resulting damage to Pizza Guys is such as to warrant the trebling of

15  damages in order to provide just compensation.

16     59.   Delish's infringement described herein will irreparably harm Pizza Guys, and there

17  is no adequate remedy at law.  The balance of equities and the public interest weigh in favor of

18  enjoining Delish's further use of the Pizza Guys' Trade Dress as described herein.

19                    **SECOND CAUSE OF ACTION**

20           **(Trade Dress Infringement Under California Common Law)**

21                    **(Against All Defendants)**

22     60.   For its second cause of action, Pizza Guys incorporates by reference, as through fully

23  stated herein, paragraphs 1-59 above.

24     61.   Pizza Guys' Trade Dress, as described herein, is inherently distinctive and/or has

25  acquired distinctiveness.

26     62.   Moreover, Pizza Guys' Trade Dress is not functional.

27     63.   Pizza Guys owns protectable common law rights in the Pizza Guys' Trade Dress

28  described herein, after having invested significant effort and funds continuously over a period of

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

20
COMPLAINT FOR TRADE DRESS INFRINGEMENT

Case No. _____

1 | years in the marketing and promoting of its restaurant services and food items in the United States

2 | under, in part, the Pizza Guys' Trade Dress.

3 | 64.    By misappropriating, using, and copying the Pizza Guys' Trade Dress as described

4 | herein, Defendants, collectively and individually, misrepresent and falsely describe to consumers

5 | the origin, sponsorship, or approval of their goods and services.

6 | 65.    Defendant Delish's use of its infringing trade dress, as described herein, in

7 | connection with the sale, advertising, offering for sale, marketing, and franchising its pizza

8 | restaurants and associated food items in the United States is likely to cause confusion among

9 | consumers as to the source, origin, sponsorship, and/or affiliation of Delish's goods and services,

10 | on the one hand, and Pizza Guys' goods and services on the other hand, in violation of the California

11 | common law of trademarks.

12 | 66.    Upon information and belief, as the Chief Executive Officer of the closely held

13 | corporation Delish Pizza, Corp., Defendant Mr. Hrytsyuk authorized and/or directed, and so is

14 | personally liable for, his company's infringements of Pizza Guys' Trade Dress as described herein.

15 | 67.    As a direct and proximate result of the foregoing acts by Delish, Pizza Guys has

16 | suffered and will continue to suffer monetary damages in an amount that will be established at trial.

17 | 68.    Upon information and belief, Delish's acts were in conscious and willful disregard

18 | of Pizza Guys' rights, and the resulting damage to Pizza Guys is such as to warrant enhanced

19 | damages in order to provide just compensation.

20 | 69.    Delish's infringement described herein will irreparably harm Pizza Guys, and there

21 | is no adequate remedy at law.  The balance of equities and the public interest weigh in favor of

22 | enjoining Delish's further use of the Pizza Guys' Trade Dress as described herein pursuant to the

23 | California common law of trademarks and/or Business and Professions Code § 14247.

## **JURY DEMAND**

24

25 | Pizza Guys demands a trial by jury on all causes of action so triable.

## **PRAYER FOR RELIEF**

26

27 | WHEREFORE, Pizza Guys respectfully prays that this Court enter judgment in its favor and

28 | against Delish and Mr. Hrytsyuk as follows:

Case No. _____

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

1.  For a judgment against Defendants for direct and consequential damages in an amount according to proof;

2.  For pre-judgment interest on all damages;

3.  For punitive and exemplary damages in an amount appropriate to punish or set an example of Delish and Mr. Hrytsyuk as determined at trial;

4.  For an order of restitution against Defendants;

5.  Preliminary and permanent injunctive relief to prevent Defendants, individually and collectively, from using trade dress in the United States in connection with its goods and services that is confusingly similar to Pizza Guys' Trade Dress;

6.  A monetary award for corrective advertising in an amount to rectify all harm and the damages to Pizza Guys including, but not limited to, the confusion caused by willful actions of Defendants such as its willful trademark infringement of the Pizza Guys Trade Dress as described herein;

7.  Attorneys' fees, witness fees, and the costs of litigation incurred by Pizza Guys, as applicable, including under 15 U.S.C. § 1117;

8.  For costs of suit incurred herein; and

9.  For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:  November 19, 2025                    McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP


By: _____
                                             Shane G. Smith
                                             Garrett R Leatham
                                             *Attorneys for Plaintiff,*
                                             *PIZZA GUYS FRANCHISES, INC.*

041573-000001 11669644.3

Case No. _____

COMPLAINT FOR TRADE DRESS INFRINGEMENT

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720